OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Joseph Cletus HOLLYWOOD, Respondent.

No. 678 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Jan. 31, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 31st day of January, 2005, upon consideration of the Recommendation of the Disciplinary Board dated December 15, 2004, it is hereby

ORDERED that Joseph Cletus Hollywood is placed on temporary suspension pursuant to Rule 208(f)(5), Pa.R.D.E., until further definitive action by this Court. It is further ORDERED that respondent shall comply with the provisions of Rule 217, Pa.R.D.E.

This Order constitutes an imposition of public discipline within the meaning of Rule 402, Pa.R.D.E., pertaining to confidentiality.

■

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

William W. McVAY, III, Respondent.

No. 984 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Jan. 31, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 31st day of January, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated November 2, 2004, it is hereby

ORDERED that WILLIAM W. McVAY, III be and he is SUSPENDED from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

In the Matter of Eric Jeffrey WIENER

Petition for Reinstatement.

No. 477 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Jan. 31, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 31st day of January, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated November 19, 2004, the Petition for Reinstatement is GRANTED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.